FORM FOR USE IN APPLICATIONS
FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED
2018 AUG 22 A 10: 36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name: Willie Buford

Prison Number: 202968

Place of Confinement: Kilby Corr. Fac. P.O. Box 150, Mt. Meigs, Ala 36057

United States District Court _____ District of _____

Case No. 2:18-cv-747-MHT-CSC
(To be supplied by Clerk of U. S. District Court)

Willie Buford, PETITIONER
(Full name) (Include name under which you were convicted)

Head, Leon Bolling, Asst. Jimmy Thomas, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF Steve Marshall

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the _facts_ which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed _in forma pauperis_, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed _in forma pauperis_, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and two copies* must be mailed to the Clerk of the United States District Court whose address is
   **P. O. Box 711, Montgomery, Alabama  36101**

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack  _B'ham, Ala. Jefferson Co. Circuit Court_

2. Date of judgment of conviction  _Jeff. Co. Aug-4-2015. Sentencing Date._

3. Length of sentence  _85 years_     Sentencing Judge  _Virginia A. Vinson_

4. Nature of offense or offenses for which you were convicted:  _Rape 1, Kidnapping 1, Assault 2._

5. What was your plea? (check one)
   (a) Not guilty  (✓)
   (b) Guilty      ( )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial: (Check one)
   (a) Jury (✓)
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )  No (✓)

8. Did you appeal from the judgment of conviction? Yes (✓) No ( )

9. If you did appeal, answer the following:
   (a) Name of court  Jefferson Co. Circuit Court
   (b) Result  on the merits or lacking merits
   (c) Date of result  February 5, 2018
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: lawer filed on sentencing.

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (✓) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court  Court of Criminal Appeals
        (2) Nature of proceedings  Rule 32
        (3) Grounds raised  federal constitutional violation conviction, unful arrest. Conviction obtained by evidence. Illegal. Evidence favor to defendant. Unconstitional search-seizure. Confrontation Clause cross-examine victem. Newly discovered materil facts exist. Federal constitional violation
        (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)  Abuse of discretion.
        (5) Result  Went with Circuit Court or agree with them.
        (6) Date of result  June 20 - 2018, 22 Day of May.
    (b) As to any second petition, application or motion give the same information:
        (1) Name of court  Supreme Court
        (2) Nature of proceeding  Rule 32
        (3) Grounds raised  federal constitutional violation
            same as, 11.A3
        (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)
        (5) Result  Agree with or set aside with Circuit Court
        (6) Date of result  June 28, 2018

(c) As to any third petition, application or motion, give the same information:
  (1) Name of Court _____
  (2) Nature of proceeding _____

  (3) Grounds raised _____

  _____
  _____
  _____
  _____
  _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?   Yes ( )   No ( )
  (5) Result _____
  (6) Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
  (1) First petition, etc.          Yes ( )   No (✓)
  (2) Second petition, etc.         Yes ( )   No (✓)
  (3) Third petition, etc.          Yes ( )   No (✓)
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: At time the defendant had know knowledge of the matter.

_____
_____
_____
_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: (B) Conviction obtained by use of coerced confoonfession.
Supporting FACTS (tell your story briefly without citing cases or law): At trial state use 911 Recording. defendant was without counsel. Admission of invalid confession.

B. Ground two: Conviction obtained by use of evidence (C) unconstitutional search an seizure. fair hearing merits
Supporting FACTS (tell your story briefly without citing cases or law): Fourth Amendment Claim. merits. void. Statute void. Cannot use evidence at trial. "privacy" - the home - the defendant did not consent to police going into my home. I was in jail. Search warrant is void. Date of it. police said they got knife off defendant. In picture knife is push down in recliner chair. No suppression of the illegally seized evidence. Someone tamper with evidence.

C. Ground three: (D). Conviction obtained by use of evidence pursuant to an unlawful Arrest, where the state has
Supporting FACTS (tell your story briefly without citing cases or law): Not provided a full and fair hearing on the merits the fourth amendment claim. Evidence obtained pursuant to unlawfull Arrest state cannot use at trail for purpose of conviction. fourth Amendment to the fourteenth protect defendant of the privy of there houses, home. federal constitution violation.

D. Ground four: (E) Conviction obtained by a violation of privilege Against self-incrimination
Supporting FACTS (tell your story briefly without citing cases of law): State use 911 recording At trial of two people going back an fro with words or statements lawer not present." An Also Evidence police got from my home.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: (C) (D) Defendant Did not Know At the time, An I the defendant did not use (A). Defendant have been reading an just know finding out About these matter.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing District Court, None Wendell Sheffield was the lawer
(b) At arraignment and plea District Court, Wendell Shiffield But Never Done the Buisness of the case. Just gave me a lawer. time of court it's put off for Another Date. for As I can remeber.

(c) At trial Blair Shores, Esq. Elisa Burham, Esq.

(d) At sentencing Blair Shores, Esq. Elisa Burham, Esq.

(e) On appeal Donald L. Colee, JR

(f) In any post-conviction proceeding NONE.

(g) On appeal from any adverse ruling in a post-conviction proceeding: NONE that I can think of

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( ✓ ) No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( ) No ( ✓ )
(a) If so, give name and location of court which imposed sentence to be served in the future:_____
(b) And give date and length of sentence to be served in the future:_____
(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( ) No ( ✓ )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____.
(date)

*Willie Buford*
Signature of Petitioner

Willie Buford
KIBY. CORR. F.A.C   HI 85A
P.O. Box 150
MT. MEIGS, AL 36057

U.S. District Court
Middle District of Ala.
P.O. Box 711
Montgomery, AL 36101-0711

NIXIE    352    CE 1    7208/12/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 36057    *2339-00416-08-35

---

Willie Buford
A.I.S 202968
KIBY CORR, FAC
P.O. Box 150
MT. MEIGS, AlA 36057

LEGAL MAIL

"...spondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."



United State District Court
1 Church St
Ste B 110
Montgomery, AlA 36104